**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,
ex rel. AZAM RAHIMI, et al.,**

      **Plaintiffs,**

**v.**                                      **No. 15-CV-1038 MCA-WPL**

**AMPHASTAR PHARMACEUITICALS,
et al.,**

      **Defendants.**

## ORDER GRANTING DISMISSAL

**THIS MATTER** is before the Court on *Relator's Rule 41 Notice of Voluntary Dismissal* [Doc. 15], in which Relator: gave notice of his voluntary dismissal of all claims asserted in his Original Complaint; indicated the consent of the United States and all Plaintiff states to dismissal without prejudice as to their claims; and requested dismissal without prejudice as to the United States and the Plaintiff States.

The Court, having considered the submissions, the relevant law, and otherwise being fully advised in the premises, hereby **GRANTS DISMISSAL WITHOUT PREJUDICE** of the claims by Relator, the United States, and the Plaintiff States.

**SO ORDERED** this 27th day of June, 2017, in Albuquerque, New Mexico.


_____
M. CHRISTINA ARMIJO
Chief United States District Judge